UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD S. BRADFORD; GLENISS BRADFORD, <br><br> Plaintiff, <br><br> -against- <br><br> YOEL LEICHSTEIN; ASANDE EDWARDS; ABRAHAM IRIZARRY; MEERDEN EVANS, <br><br> Defendants. | 21-CV-0771 (LTS) <br><br> CIVIL JUDGMENT |

Pursuant to the order issued August 17, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   August 17, 2021
         New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge